Judy CURRY, Plaintiff—Appellant,

v.

The POCAHONTAS TIMES, County newspaper, business, located in Marlinton, WV; Pamela Pritt, Personally and in her professional capacity as Managing Editor, The Pocahontas Times; William P. McNeel, Personally and in his professional capacity as Editor and owner, The Pocahontas Times; Jane Price–Sharp, Personally and in her capacity as Editor Emerita and owner, The Pocahontas Times, Defendants—Appellees.

No. 04–2114.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 14, 2005.

Judy Curry, Appellant pro se. Martin Vaughan Saffer, Marlinton, West Virginia, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Judy Curry appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Curry v. Pocahontas Times,* No. CA–03–106 (N.D.W.Va. Aug. 4, 2004). We deny Curry's motions to proceed in forma pauperis, to suspend the briefing order, and to expedite and transfer the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*